APS-313                                                                July 21, 2005

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **05-2414**

IN RE: GARY J. JOHNSON

**U. S. DISTRICT COURT - DE**
**MISC. CASE #** 05-155

Present:     SLOVITER, FUENTES AND NYGAARD, CIRCUIT JUDGES

Submitted are:

(1) Petitioner's application pursuant to 28 U.S.C. § 2244 to file a second or successive habeas corpus petition; and

(2) Petitioner's letter construed as a motion to be exempt from filing documents

in the above-captioned case.

Respectfully,

Clerk

MMW/TRA/zm/clc

_____ORDER_____

The foregoing motion to be exempt from filing the necessary documents is granted and the foregoing application to file a second or successive § 2254 petition is denied. A second or successive petition must be certified by a Court of Appeals to contain newly discovered evidence or "a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable." 28 U.S.C. § 2244(b)(2) (2005). Johnson does not cite a new rule of constitutional law; instead, he bases his claims on facts that were available at the time of his trial. Therefore, he has not met the requirements for authorization to file a second or successive petition.

By the Court,

/s/ Julio M. Fuentes
Circuit Judge

Dated:   August 2, 2005
lwc/cc:    GJJ        LCM

A True Copy:

Marcia M. Waldron, Clerk